IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| ERNEST FRANKLIN, and REBECCA FRANKLIN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CV 625-078 |
| ) | |
| AUTO-OWNERS INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

    Plaintiffs' counsel has not made an appearance after removal despite notice from the Clerk of Court on October 16, 2025, of the requirement to do so by the deadline of ten days after issuance of the notice.  (See doc. no. 2.)  By no later than Monday, November 10, 2025, Plaintiffs' counsel shall file a notice of appearance or a notice identifying any substitute counsel.  The Court **DIRECTS** the **CLERK** to serve this Order on Plaintiffs' counsel by email and by U.S. Mail.

    SO ORDERED this 3rd day of November, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA